IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID KING, :
    Petitioner, :
  v. : Case No. 3:20-cv-23-KAP
DAVID CLOSE, SUPERINTENDENT, :
S.C.I. HOUTZDALE, :
    Respondent :

## Memorandum Order

The petitioner's motion to amend at ECF no. 37 is denied for the reasons stated in ECF no. 26, my order denying petitioner's last motion to amend. The document listed as a motion for clarification at ECF no. 38 is denied as moot, given my memorandum order issued yesterday, docketed today at ECF no. 39.

DATE: October 2, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

David King NA-2791
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000

1